**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**J.O.C.S.,** ***a minor*****, E.R.C.S.,** ***a minor*****, and**
**H.V.C.S.,** ***a minor, by and through their***
***Next Friend, C.D.C.S.*****,**
Petitioners,

v. Civil Action No. **3:26CV1412 (RCY)**

**ROBERT F. KENNEDY, JR.,** ***et al.*****,**
Respondents.

**ORDER**
**(Denying Motion for Extension as Moot)**

This matter comes before the Court Respondents' Motion for Extension of Time to Respond to Petition (ECF No. 9). Therein, Respondents requested a one-week extension to file a responsive pleading addressing Petitioners' habeas petition. However, some hours thereafter, Respondents timely filed a Motion to Dismiss for Lack of Jurisdiction, ECF No. 12. Accordingly, no extension appears necessary, and so the Court DENIES the Motion for Extension (ECF No. 9) as MOOT.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: November 3, 2026
Richmond, Virginia