IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(E) AND LOCAL CRIMINAL RULE 57.4(E)

In Case Number 3:26-cv-1412, Case Name J.O.C.S. et al v. Kennedy et al
Party Represented by Applicant: Petitioners J.O.C.S., E.R.C.S., H.V.C.S.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Amelia Dagen
Bar Identification Number 90004838 State DC
Firm Name Amica Center for Immigrant Rights
Firm Phone # 202-331-3320 Direct Dial # 202-998-3105 FAX # 202-331-3341
E-Mail Address amelia@amicacenter.org
Office **Mailing** Address 1025 Connecticut Ave., Ste. 701, Washington, DC 20036

Name(s) of federal district court(s) in which I have been admitted District Court for the District of Columbia, District of Maryland

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ■ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Adina Appelbaum — 11/02/2026
(Signature) — (Date)
Adina Appelbaum — 88974
(Typed or Printed Name) — (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☒ *or* Exemption Granted ☐

The motion for admission is GRANTED ☒ *or* DENIED ☐

/s/ RCY
Roderick C. Young
United States District Judge

November 3, 2026
(Date)